

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00310-CV

**JACKIE RUSSELL KEETER,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 220th District Court
Hamilton County, Texas
Trial Court No. CR06978/CR06361**

## O R D E R   O N   R E H E A R I N G

Appellant's motion for rehearing is granted. The Court's memorandum opinion

and judgment, dated October 10, 2013, are withdrawn, and this appeal is reinstated.

Appellant's motion to amend appeal is dismissed as moot because Appellant's

Affidavit/Declaration of Previous Filings, accompanied by a certified copy of his

inmate account statement, was filed on October 28, 2013.

PER CURIAM

Before Chief Justice Gray,
Justice Davis, and
Justice Scoggins
Order issued and filed March 13, 2014
Do not publish